MEGHANN A. TRIPLETT (SBN 268005)
*Meghann@MarguliesFaithLaw.com*
ANNA LANDA (SBN 276607)
*Anna@MarguliesFaithLaw.com*
MARGULIES FAITH, LLP
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Plaintiff, Jeremy W. Faith, Chapter 7 Trustee

**FILED & ENTERED**

**AUG 17 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bertelsen **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ROBERT LEE RAINS and<br>BETTY SUE RAINS,<br><br>                                Debtor. | Case No. 9:14-bk-10379-DS<br><br>Chapter 7<br><br>Adv. No. 9:17-ap-01062-DS |
| JEREMY W. FAITH, Chapter 7 Trustee,<br><br>                                Plaintiff,<br>v.<br><br>ROBERT LEE RAINS and<br>BETTY SUE RAINS,<br><br>                                Defendants. | **ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

The court having reviewed and considered the "Stipulation for Voluntary Dismissal of Adversary Proceeding with Prejudice" (the "Stipulation," Docket No. 87), and good cause appearing therefor,

/ / /

1      IT IS HEREBY ORDERED that the Stipulation is approved. This adversary proceeding is dismissed with prejudice.

     IT IS FURTHER ORDERED that the continued hearing on the "Motion for Summary Judgment Against Defendant Robert Lee Rains for Revocation of Discharge Pursuant to 11 U.S.C. § 727(d)(1)" currently scheduled for September 14, 2021 at 11:30 a.m. will be taken off calendar.

     IT IS FURTHER ORDERED that the continued status conference scheduled for September 14, 2021 at 11:30 a.m. will be taken off calendar.

###

Date: August 17, 2021

Deborah J. Saltzman
United States Bankruptcy Judge